# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

GLEN S. EVANS,                    )
                                 )
      Petitioner,              )
                                 )
    v.                          )      No. 4:20-CV-97 PLC
                                 )
WILLIAM STRANGE,                 )
                                 )
      Respondent.              )

## MEMORANDUM AND ORDER

Petitioner Glen S. Evans has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 but has neither paid the filing fee nor filed a motion for leave to proceed *in forma pauperis*. Additionally, the petition is defective because Petitioner did not sign it, with an original signature, under penalty of perjury. *See* 28 U.S.C. § 2254 Rule 2(c)(5).

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner must either pay the $5.00 filing fee or submit a motion for leave to proceed *in forma pauperis*, within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail to Petitioner a copy of the Court's form motion to proceed *in forma pauperis* and affidavit in support – habeas cases.

**IT IS FURTHER ORDERED** that the Clerk is directed to return the petition to Petitioner so that he can sign it.

**IT IS FURTHER ORDERED** that Petitioner must return the signed form within twenty-one (21) days from the date of this Order.

**IT IS FURTHER ORDERED** that if Petitioner does not comply with this Order, the Court will dismiss this action without further proceedings.

PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 22nd day of January, 2020